**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
PAUL EVANGELISTA, ESQ.
PEVANGELISTA@SCURA.COM
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* <br><br> FRANCESCA FEAR, <br><br><br> DEBTOR. | Chapter 13 <br><br> Case No. 22-19929 <br><br> Hon. Stacey L. Meisel <br><br> Hearing Date: 12/19/2023 at 2:30 P.M. |

**SECOND INTERIM FEE APPLICATION BY SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP, FOR AN ORDER GRANTING ALLOWANCES FOR SERVICES RENDERED**

TO:   HONORABLE STACEY L. MEISEL
       UNITED STATES BANKRUPTCY JUDGE

The law firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (the "Law Firm"), counsel for the debtor, Francesca Fear ("Debtor"), makes this second fee application for compensation pursuant to the provisions of 11 U.S.C. §330 and respectfully shows unto the Court as follows:

On December 16, 2022, the Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. The Law Firm elected to be compensated on an Hourly Basis and accepted an initial retainer of $2,500.00. This is the second fee application.

On February 14, 2023, this Law Firm made its First Fee Application for an Order Granting

Allowances for Services Rendered (Docket Entry No. 30). On March 9, 2023, this Court approved the Law Firm's First Supplemental Application for an Order Granting Allowances for Services Rendered (Docket Entry No. 35) in the amount of $4,605.72.

The Law Firm now seeks an allowance of fees for services performed for the benefit of the bankruptcy estate for the period of February 13, 2023, through November 6, 2023 (the "Application Period") and reimbursement for actual out-of-pocket expenses incurred during the Application Period. Attached hereto as **Exhibit "A"** is an invoice of services performed for the debtor. The invoice itemizes each task performed, the description of services rendered, the billing rate for each person who rendered services, the total time spent by each person who rendered services, and a list of actual expenses summarized by category.

During the Application Period the Applicant assisted with redemption process for real property, responding to motion for relief of stay, and resolving trustee motion to dismiss case.

**WHEREFORE,** The Law Firm respectfully requests the entry of an order allowing compensation to the Law firm in the total amount of $5,131.00.

Respectfully submitted,

Dated: November 27, 2023

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
Counsel for Debtor

By:   /s/ Paul Evangelista, Esq.
        Paul Evangelista, Esq.