## Scura, Wigfield, Heyer, Stevens & Cammarota LLP

1599 Hamburg Turnpike
Wayne, NJ 07470
Phone: (973) 696-8391

Francesca Fear
138 Johnson Ave
Mahwah, NJ 07430

## 15045-FEAR-C13

### C13 - 22-19929-SLM (Francesca Fear)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 02/13/2023 | MP | 13 (D) Case Administration: Received a call from creditor attorney regarding redemption process. | 0.30 | $195.00 | $58.50 |
| 02/14/2023 | SP | 13 (D) Case Administration: Paralegal: Amend and File | 0.20 | $175.00 | $35.00 |
| 02/14/2023 | PSE | 13 (E) Plan & Mod Of Plan: call with sheriff office re status of providing redemption amount and sheriff office has not received approval of the amount from foreclosure plaintiff | 0.20 | $395.00 | $79.00 |
| 02/14/2023 | PSE | 13 (E) Plan & Mod Of Plan: email to foreclosure plaintiff counsel requesting expedited approval of redemption amount | 0.20 | $395.00 | $79.00 |
| 02/14/2023 | PSE | 13 (E) Plan & Mod Of Plan: emails from sheriff office with redemption payment amount calculation, review amount | 0.30 | $395.00 | $118.50 |
| 02/14/2023 | PSE | 13 (E) Plan & Mod Of Plan: emails with Debtor with redemption amount and instructions on payment from sheriff office by today's deadline | 0.30 | $395.00 | $118.50 |
| 02/14/2023 | MP | 13 (D) Case Administration: Prepare Pre-Confirmation form and sent to client to sign and return. | 0.40 | $195.00 | $78.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/14/2023 | PSE | 13 (E) Plan & Mod Of Plan: email from Debtor with proof of redemption payment, review documents and email proofs to appearing counsel | 0.30 | $395.00 | $118.50 |
| 02/14/2023 | MP | 13 (D) Case Administration: Reviewed trustee payment schedule. | 0.30 | $195.00 | $58.50 |
| 02/14/2023 | PSE | 13 (E) Plan & Mod Of Plan: review draft of amended attorney compensation certification and review prior plan fee provisions | 0.30 | $395.00 | $118.50 |
| 02/15/2023 | SP | 13 (E) Plan & Mod Of Plan: Paralegal: File Proof of Redemption Payment Per Confirmation Order | 0.20 | $175.00 | $35.00 |
| 02/16/2023 | MP | 13 (D) Case Administration: Filed Pre- Confirmation form. | 0.30 | $195.00 | $58.50 |
| 02/20/2023 | PSE | 13 (C) Review Claims/Obj Clai: review first mortgage proof of claim, review arrears and compare to plan, review monthly payments and compare with plan and budget | 0.50 | $395.00 | $197.50 |
| 02/21/2023 | SD | 13 (D) Case Administration: Communicated with paralegal re service of fee app. Created labels and served fee app to indicated parties. | 0.40 | $175.00 | $70.00 |
| 02/22/2023 | PSE | 13 (E) Plan & Mod Of Plan: email to Debtor re status of certification of funding source for redemption | 0.30 | $395.00 | $118.50 |
| 04/03/2023 | PSE | 13 (E) Plan & Mod Of Plan: emails with Trustee re status of funding certifications regarding redemption payment | 0.20 | $395.00 | $79.00 |
| 04/03/2023 | PSE | 13 (E) Plan & Mod Of Plan: emails with Debtor re status of certification re redemption payment funding, discuss deadline and potential dismissal | 0.30 | $395.00 | $118.50 |
| 04/04/2023 | PSE | 13 (E) Plan & Mod Of Plan: follow up voicemail and text regarding redemption fund certification information needed, return call from Debtor | 0.30 | $395.00 | $118.50 |
| 04/04/2023 | PSE | 13 (E) Plan & Mod Of Plan: prepare certification in support of redemption funds, review file and documents relating to redemption payment | 1.00 | $395.00 | $395.00 |
| 04/05/2023 | PSE | 13 (E) Plan & Mod Of Plan: emails with Debtor re signed redemption funds certification, review document and conference with SP re filing | 0.30 | $395.00 | $118.50 |
| 05/24/2023 | PSE | 13 (G) Def Of Motion/Cer Def: emails with first mortgage lender re status of mortgage payments and likely motion for relief, phone message to Debtor to discuss | 0.30 | $395.00 | $118.50 |
| 06/16/2023 | PSE | 13 (G) Def Of Motion/Cer Def: review mortgage | 0.50 | $395.00 | $197.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | motion for relief, review calculations of post petition arrears, review mortgage claim and plan treatment in preparation of response | | | |
| 06/19/2023 | PSE | 13 (G) Def Of Motion/Cer Def: email to Debtor with mortgage stay relief motion, discuss calculation of post petition arrears and deadline to oppose | 0.30 | $395.00 | $118.50 |
| 06/20/2023 | PSE | 13 (G) Def Of Motion/Cer Def: follow up voice message and text re mortgage stay relief motion and deadline to oppose | 0.20 | $395.00 | $79.00 |
| 06/27/2023 | PSE | 13 (G) Def Of Motion/Cer Def: voice message, email and text to Debtor re follow up on information need for motion for relief opposition | 0.20 | $395.00 | $79.00 |
| 06/28/2023 | PSE | 13 (G) Def Of Motion/Cer Def: emails and texts with Debtor discussing opposition to mortgage lender motion for relief | 0.30 | $395.00 | $118.50 |
| 06/28/2023 | PSE | 13 (G) Def Of Motion/Cer Def: prepare opposition to mortgage lender motion for relief | 0.50 | $395.00 | $197.50 |
| 06/28/2023 | SP | 13 (G) Def Of Motion/Cer Def: Paralegal: Save and File Certification in Opposition to Motion for Relief from Stay re: 138 Johnson Avenue, Mahwah, New Jersey 07430 | 0.20 | $195.00 | $39.00 |
| 07/03/2023 | PSE | 13 (G) Def Of Motion/Cer Def: email from Debtor with proof of payment mortgage arrears, review payments and review motion for relief calculations, conference with SP re filing proofs as support of opposition | 0.30 | $395.00 | $118.50 |
| 07/06/2023 | PSE | 13 (G) Def Of Motion/Cer Def: emails with mortgage lender providing proof of mortgage cure payments in support of motion for relief opposition | 0.30 | $395.00 | $118.50 |
| 07/10/2023 | PSE | 13 (G) Def Of Motion/Cer Def: emails with mortgage counsel re status of post petition mortgage payments, confirmation of receipt of cure payment and terms to resolve motion for relief, review and agree to terms | 0.40 | $395.00 | $158.00 |
| 07/20/2023 | PSE | 13 (G) Def Of Motion/Cer Def: review email with chambers and mortgage counsel with consent order resolving motion for relief, review order | 0.30 | $395.00 | $118.50 |
| 07/20/2023 | PSE | 13 (G) Def Of Motion/Cer Def: email to Debtor with consent order, discuss terms re future payment compliance | 0.30 | $395.00 | $118.50 |
| 07/31/2023 | PSE | 13 (G) Def Of Motion/Cer Def: review entered order resolving motion for relief | 0.20 | $395.00 | $79.00 |
| 08/31/2023 | PSE | 13 (C) Review Claims/Obj Clai: review trustee notice of distribution, review plan treatment of claims and | 0.30 | $395.00 | $118.50 |

| Date | | Description | Qty | Rate | Total |
|---|---|---|---|---|---|
| | | NDC plan payment status | | | |
| 10/04/2023 | PSE | 13 (G) Def Of Motion/Cer Def: review trustee motion to dismiss, review plan payments and NDC status, review status of claims paid in preparation of opposition | 0.50 | $395.00 | $197.50 |
| 10/04/2023 | PSE | 13 (G) Def Of Motion/Cer Def: email to Debtor with trustee motion to dismiss re plan payments, discuss deadline to oppose | 0.30 | $395.00 | $118.50 |
| 10/05/2023 | PSE | 13 (E) Plan & Mod Of Plan: emails with Debtor re further explanation and calculation of arrears | 0.20 | $395.00 | $79.00 |
| 10/09/2023 | MP | 13 (G) Def Of Motion/Cer Def: Reviewed trustee certification of default and trustee payment on NDC | 0.50 | $195.00 | $97.50 |
| 10/09/2023 | MP | 13 (G) Def Of Motion/Cer Def: Called client regarding trustee certification in default, left a voicemail. | 0.20 | $195.00 | $39.00 |
| 10/12/2023 | PSE | 13 (G) Def Of Motion/Cer Def: email from Debtor with proof of plan cure payments, review proofs and NDC status and conference with MP re status of opposition | 0.30 | $395.00 | $118.50 |
| 10/17/2023 | MP | 13 (G) Def Of Motion/Cer Def: Prepare opposition on trustee motion to dismiss the case, sent to responsible attorney for review. | 0.80 | $195.00 | $156.00 |
| 10/17/2023 | PSE | 13 (G) Def Of Motion/Cer Def: review draft of debtor opposition to motion to dismiss, review supporting documents and cure payments and review NDC plan payment status, revise and conference with MP re filing | 0.40 | $395.00 | $158.00 |
| 10/18/2023 | MP | 13 (G) Def Of Motion/Cer Def: Sent certification in opposition to client to sign and return. | 0.20 | $195.00 | $39.00 |
| 10/24/2023 | MP | 13 (G) Def Of Motion/Cer Def: Called client regarding certification in opposition, left a voicemail and sent a text message. | 0.30 | $195.00 | $58.50 |
| 11/06/2023 | PSE | 13 (G) Def Of Motion/Cer Def: emails with trustee with terms to resolve trustee motion to dismiss, review terms, review file and agree to terms | 0.30 | $395.00 | $118.50 |
| | | **Services Subtotal** | | | **$5,128.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 02/21/2023 | Postage: Postages re served fee app | 1.00 | $3.00 | $3.00 |
| | **Expenses Subtotal** | | | **$3.00** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Paul Evangelista, Esq | 10.9 | $395.00 | $4,305.50 |
| Sebastian Duarte | 0.4 | $175.00 | $70.00 |
| Silvia Pereyra | 0.2 | $195.00 | $39.00 |
| Silvia Pereyra | 0.4 | $175.00 | $70.00 |
| Maria Popick | 3.3 | $195.00 | $643.50 |
| | | Subtotal | $5,131.00 |
| | | Total | $5,131.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2791 | 02/14/2023 | $7,105.72 | $5,320.00 | $1,785.72 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4328 | 11/10/2023 | $5,131.00 | $0.00 | $5,131.00 |
| | | | Outstanding Balance | $6,916.72 |
| | | | Total Amount Outstanding | $6,916.72 |

**Please make all checks payable to**:
Scura, Wigfield, Heyer, Stevens & Cammarota LLP,
1599 Hamburg Tpk, Wayne, NJ 07470

**CLIO Pay Link** - https://app.clio.com/link/v2/2/2/44d82327b561ae69f865579a3fc0a70e?hmac=8acfbe425cd8060e83261166d9cbe3918ee6293dcc69dc9476be7cbc4d6c3a42

**Scura, Wigfield, Heyer, Stevens & Cammarota LLP**

1599 Hamburg Turnpike
Wayne, NJ 07470
Phone: (973) 696-8391



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.